The trial court has fully complied with the mandate of this Court and imposed a lawful sentence. The motion of the Illinois Defender Project to withdraw as appointed counsel is granted.

The judgment of the trial court is affirmed.

Judgment affirmed.

SMITH, P. J., and CRAVEN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD WHEELER, a/k/a PETE WHEELER, Defendant-Appellant.

(No. 11327; 

Fourth District—June 24, 1971.

Opinion by Mr. JUSTICE CRAVEN.

Robert E. Williams, Assistant Public Defender, of Bloomington, for appellant.

Paul R. Welch, *State's Attorney*, of Bloomington, for the People.